words "and proceeding dismissed" the words "on the law". Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.

## SECOND DEPARTMENT, MAY, 1975

## (May 6, 1975)*

■ In the Matter of HAROLD O'NEILL, Petitioner, v JAMES R. CARUSO, as Judge of the County Court, Westchester County, et al., Respondents.— Motion by petitioner to amend the decision and order of this court both dated April 4, 1975, as amended by order of this court dated April 15, 1975, by substituting Hon. George Beisheim, Jr., Justice of the Supreme Court of the State of New York for the respondent James R. Caruso. Motion granted, title of proceeding amended accordingly. This court's decisions and orders dated April 4, 1975 and April 15, 1975 amended accordingly. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.

## SECOND DEPARTMENT, JUNE, 1975

## (June 13, 1975)**

■ HENRIETTA G. CHRISTIAN, Respondent, v WILLIAM C. CHRISTIAN, Appellant.—Motion by appellant for reargument of an appeal from a judgment of the Supreme Court, Suffolk County, dated April 19, 1974. Motion denied. On the court's own motion, its decision dated April 21, 1975 is amended by deleting the following sentence from the fifth paragraph thereof: "The lawyer representing plaintiff was suggested to her by defendant, who told her not to reveal the extent of her estate to the lawyer." Gulotta, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.

## FIRST DEPARTMENT, AUGUST, 1975

## (August 28, 1975)

■ In the Matter of JACQUELINE TENORE, Appellant, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, Respondents.—Judgment, Supreme Court, Bronx County, entered on July 25, 1975, unanimously affirmed, without costs and without disbursements. Application for leave to appeal to the Court of Appeals is denied. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.

■ In the Matter of BERNARD A. RITTERSPORN, JR., Appellant, v HER-

* Not published with other decisions of May 1975, 48 AD2d 650. [Rep.

** Not published with other decisions of June, 1975, 48 AD2d 822. [Rep.